ARANKA BALASSA, as Administratrix, etc., of GEORGE BALASSA, Deceased,

---

App. Div.]                Second Department, March, 1924.

Respondent, v. KASSEL WOODWORK COMPANY, INC., Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.